1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE ARENA PHARMACEUTICALS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Lead Case No. 10-CV-02079-BTM (BLM)<br>)<br>) (Consolidated with: Case No. 10-CV-<br>) 02132-BTM(BLM))<br>)<br>) **JOINT MOTION FOR ORDER**<br>) **DISMISSING ENTIRE ACTION WITH**<br>) **PREJUDICE**<br>)<br>) Judge:    Hon. Barry Ted Moskowitz<br>) Courtroom: 15, 5th Floor |
|---|---|

1    The parties hereto, through their undersigned counsel, jointly move as follows:

2    WHEREAS, the above-captioned consolidated derivative action (the "Federal Derivative
3    Action") currently is pending in this Court;

4    WHEREAS, on September 24, 2010, the first of three related derivative lawsuits that are
5    factually similar to this Federal Derivative Action was filed in the Superior Court of California,
6    County of San Diego ("State Court") under the caption *Yassian v. Lief, et al.*, Case No. 37-2010-
7    00101051-CU-BT-CTL, before the Honorable Ronald L. Styn;

8    WHEREAS, on October 19, 2010, Judge Styn consolidated the State Court derivative
9    actions for all purposes under the caption *In re Arena Pharmaceuticals, Inc. Shareholder
10   Derivative Litigation*, Lead Case No. 37-2010-00101051-CU-BT-CTL (the "State Derivative
11   Action" and, together with the Federal Derivative Action, the "Actions").

12   WHEREAS, on November 22, 2010, plaintiffs in the State Derivative Action filed their
13   Consolidated Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of
14   Corporate Assets, and Unjust Enrichment (the "State Deriv. Complaint");

15   WHEREAS, defendants filed a demurrer to the State Deriv. Complaint on February 15,
16   2011, plaintiffs filed an opposition to the demurrer on March 18, 2011, and defendants filed a
17   reply in support of the demurrer on March 24, 2011;

18   WHEREAS, prior to a hearing on the demurrer to the State Deriv. Complaint, the parties
19   to the Actions scheduled an all-day mediation to take place on July 22, 2011, under the direction
20   of the Honorable Layn R. Phillips (Ret.), a highly experienced securities mediator, in an attempt
21   to resolve the Actions (the "Mediation");

22   WHEREAS, on May 2, 2011, this Court granted the parties' Joint Motion Staying
23   Proceedings in this Federal Derivative Action in light of the parties' settlement negotiations;

24   WHEREAS, during the July 22, 2011 mediation, the parties reached an agreement in
25   principle to resolve the Actions;

26
27
28

- 1 -

1    WHEREAS, on August 8, 2011, pursuant to the parties' joint motion, this Court continued the stay in anticipation of the completion and final approval of the settlement process in the related State Derivative Action;

WHEREAS, on September 9, 2011, the parties to the Actions entered into a Stipulation of Settlement to resolve the Actions;

WHEREAS, on October 19, 2011, Judge Styn entered a Preliminary Approval Order preliminarily approving the settlement of the Actions in accordance with the terms and conditions of the Stipulation;

WHEREAS, Arena, in accordance with the Preliminary Approval Order and the terms and conditions of the Stipulation, provided notice to Arena stockholders of the pending settlement of the Actions and the hearing on the motion for final approval of the settlement (the "Final Approval Hearing");

WHEREAS, on December 16, 2011, Judge Styn held the Final Approval Hearing concerning the settlement of the Actions and the Stipulation;

WHEREAS, no Arena stockholders objected to the proposed settlement of the Actions at the Final Approval Hearing;

WHEREAS, on December 16, 2011, following the Final Approval Hearing, Judge Styn approved the settlement and issued a Final Order of Dismissal with Prejudice and Judgment which, *inter alia*, dismissed the State Derivative Action with prejudice (a copy of the Final Order of Dismissal with Prejudice and Judgment is attached hereto as Exhibit A); and

WHEREAS, in accordance with the terms and conditions of the Stipulation, the parties jointly seek an order dismissing the above-captioned Federal Derivative Action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1  NOW THEREFORE, THE PARTIES HEREBY JOINTLY MOVE THIS COURT as
2  follows:

3  1. The above-captioned Federal Derivative Action is dismissed in its entirety and
4  with prejudice;

5  2. Further notice of the settlement and this dismissal is not required; and

6  3. Each party shall bear his/her/its own costs and fees.

DATED: December 20, 2011

ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
KEVIN A. SEELY (199982)
ASHLEY PALMER (246602)

s/Kevin A. Seely (w/ permission)
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
kseely@robbinsumeda.com

Lead Counsel for Plaintiffs

DATED: December 20, 2011

COOLEY LLP
WILLIAM E. GRAUER (84806)
KOJI F. FUKUMURA (189719)
MARY KATHRYN KELLEY (170259)
RYAN BLAIR (246724)

s/Ryan E. Blair
RYAN E. BLAIR

4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
rblair@cooley.com

Counsel for defendants Jack Lief, Dominic P. Behan, Robert E. Hoffman, William R. Shanahan, Jr., Christen Anderson, Donald D. Belcher, Scott H. Bice, Harry F. Hixson, Jr., Tina S. Nova, Christine A. White, Phillip M. Schneider, Randall E. Woods, J. Clayburn La Force, Jr., and nominal defendant Arena Pharmaceuticals, Inc.

1 **Filer's Attestation**

2 *Pursuant to Section 2.f.4 of the ECF Administrative Policies and Procedures Manual for*
3 *the Southern District of California, Ryan E. Blair hereby attests that concurrence in the filing of*
4 *this document has been obtained*

5

6 s/ Ryan E. Blair<br>Ryan E. Blair

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -